**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

NORTHE............DALLAS

DEC 1 6 2003

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| **FERDINAND MONGO** | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § **CAUSE NO. 3-02-CV-2593-R** |
| | § |
| **THE HOME DEPOT U.S.A., INC.** | § |
| **Defendant.** | § |

## ORDER

On ___16 Dec___, 2003, the court considered the Plaintiff Ferdinand

Mongo's Memorandum In Support of Motion To Reopen Time For Appeal.  The court:

GRANTS the request.

~~DENIES the request.~~

SIGNED on ___Dec. 16___, 2003.

_____
JUDGE